UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH RISCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIGUEL CARDONA, Secretary U.S. )<br>Department of Education, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-3213 (ZMF) |

**JOINT MOTION FOR STIPULATED PROTECTIVE ORDER**

Plaintiff, Judith Risch, and Defendant, Miguel Cardona, in his official capacity as the Secretary of the U.S. Department of Education, jointly request entry of a proposed Protective Order to protect documents and information that have been designated, or may be designated, by the parties from public disclosure in this action, in which Plaintiff alleges claims under Title VII of the Civil Rights Act of 1964.

Good cause exists to enter the attached proposed Protective Order. In particular, the parties anticipate obtaining or disclosing personnel and other records that will likely contain information that require protection from public disclosure under federal statutes including, but not limited to, the Privacy Act of 1974, 5 U.S.C. § 552a, or otherwise may be deserving of protection from public disclosure. Accordingly, the proposed Protective Order will facilitate the parties' efforts, including during ongoing discovery, to access all relevant material without violating the privacy or proprietary interests of the parties or other individuals mentioned in the covered materials.

The proposed Protective Order is attached hereto and sets forth the procedures to be followed by the parties when exchanging covered material and also when filing it with the Court.

| | |
|---|---|
| Dated: February 24, 2022 | Respectfully submitted, |
| | |
| /s/ Edward H. Passman | MATTHEW M. GRAVES, D.C. BAR #480152 |
| /s/ Alexandra Schwartzman | United States Attorney |
| Edward H. Passman, DC Bar No. 101840 | |
| Alexandra Schwartzman, DC Bar No. 1673007 | BRIAN P. HUDAK |
| GILBERT EMPLOYMENT LAW | Acting Chief, Civil Division |
| 1100 Wayne Avenue, Suite 900 | |
| Silver Spring, MD 20910 | By: /s/ Erika Oblea |
| EPassman@gelawyer.com | ERIKA OBLEA, DC Bar #1034393 |
| ASchwartzman-efile@gelawyer.com | Assistant United States Attorney |
| | U.S. Attorney's Office |
| /s/ John M. Clifford | 555 Fourth Street, N.W. |
| John M. Clifford, DC Bar No. 191866 | Washington, D.C. 20530 |
| CLIFFORD & GARDE LLP | Tel: (202) 252-2567 |
| 815 Black Lives Matter Plaza, N.W. | Erika.oblea@usdoj.gov |
| Suite 4082 | |
| Washington, DC 20006 | *Counsel for Defendant* |
| JClifford@cliffordgarde.com | |
| | |
| *Counsels for Plaintiff* | |