UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDITH RISCH,<br><br>        Plaintiff,<br><br>        v.<br><br>MIGUEL CARDONA,<br>Secretary of Education,<br><br>        Defendant. | Civil Action No. 20-3213 (ZMF) |

**INDEX OF EXHIBITS IN SUPPORT OF**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1. Deposition of Plaintiff, dated May 19, 2022

2. Deposition of Randolph Wills, dated June 2, 2022

3. Affidavit of Randolph Wills, dated November 8, 2016

4. Affidavit of Sandra Battle, dated November 11, 2016

5. Affidavit of Alice Wender, dated November 7, 2016

6. Affidavit of David Hensel, dated November 4, 2016

7. Affidavit of Ralph Suris, dated November 7, 2016

8. Affidavit of Alessandro Terenzoni, dated October 24, 2016

9. Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories, dated Feb. 11, 2022

10. Agency's Answers to Complainant's Interrogatory No. 6, Document Request No. 11, and Requests for Admissions Nos. 14-15, dated March 22, 2019

11. Defendant's Objections and Responses to Plaintiff's First Set of Requests for Admission, dated Feb. 11, 2022

12. Emails dated between April 29, 2010, and April 15, 2016

13. Memo from Hensel to Risch re Request for Telework

14. SF-50 Notification of Personnel Action for Plaintiff, dated June 11, 2017

15. Metro Telephone List, dated June 19, 2016

16. EEO Counselor's Report, dated May 25, 2016

17. Formal EEO Complaint, dated May 14, 2016