UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH RISCH,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MIGUEL CARDONA,<br>*Secretary of Education,*<br><br>　　Defendant. | No. 20-cv-3213-ZMF |

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment, it is hereby ORDERED that the motion is GRANTED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ZIA M. FARUQUI
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1